IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE: MARIE L. BOUYER )(  CASE NO: _____-CMS-13
)(
)(
DEBTOR(S) )(
)(

## AFFIDAVIT OF DEBTOR REGARDING INCOME AND FILING OF TAXES

My name is Marie L. Bouyer. I have personal knowledge of the matters set forth in this affidavit and am competent to testify regarding such matters.

My only sources of income is my social security disability which equals to $778.00 per month. This has been my only source of income for over 2 years and therefore I am not required to file taxes.

THIS the 10th day of May, 2010.

        /s/Marie L. Bouyer
        Marie L. Bouyer, Debtor

SWORN TO AND SUBSCRIBED BEFORE ME THE 10th day of May, 2010.

        /s/Montrice A. Jackson
        Notary Public

# Your Benefit Amount

1313889

BENEFICIARY'S NAME: MARIE L BOUYER

    By law, Social Security benefits increase automatically to keep pace with inflation. When there is a period of no inflation, the law does not permit an increase in benefits. Based on the Consumer Price Index (CPI) published by the Department of Labor, there was no rise in the cost of living during the past year, so your benefit will remain the same in 2010. The CPI is the federal government's official measure used to calculate cost-of-living increases.

    Please review the other important information in this mailing. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?
- Your monthly amount (before deductions) is     $113.00 .
- The amount we are deducting for Medicare medical insurance is     $0.00 .
  (If you did not have Medicare as of Nov. 19, 2009,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for your Medicare prescription drug plan is     $0.00 .
  (If you did not elect withholding as of Nov. 1, 2009, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is     $0.00 .
  (If you did not elect voluntary tax withholding as of
  Nov. 19, 2009, we show $0.00.)
- After taking any other deductions, we will deposit     $113.00
  into your bank account on Jan. 27, 2010.

## What If I Have Questions?
    Please visit our website at *www.socialsecurity.gov* for information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

                        STE 111
                         1118 GREENSBORO AVE
                         TUSCALOOSA AL

# Your Benefit Amount

BENEFICIARY'S NAME: MARIE L BOUYER

By law, Social Security benefits increase automatically to keep pace with inflation. When there is a period of no inflation, the law does not permit an increase in benefits. Based on the Consumer Price Index (CPI) published by the Department of Labor, there was no rise in the cost of living during the past year, so your benefit will remain the same in 2010. The CPI is the federal government's official measure used to calculate cost-of-living increases.

Please review the other important information in this mailing. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?
- Your monthly amount (before deductions) is                                          $665.00
- The amount we are deducting for Medicare medical insurance is                        $0.00
  (If you did not have Medicare as of Nov. 19, 2009,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for your Medicare prescription drug plan is              $0.00
  (If you did not elect withholding as of Nov. 1, 2009, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is                 $0.00
  (If you did not elect voluntary tax withholding as of
  Nov. 19, 2009, we show $0.00.)
- After taking any other deductions, we will deposit                                  $665.00
  into your bank account on Dec. 31, 2009.

## What If I Have Questions?
Please visit our website at *www.socialsecurity.gov* for information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

STE 111
1118 GREENSBORO AVE
TUSCALOOSA AL